IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 18-cr-468 |
| ) | |
| DAVID SURIEL ) | |
|       Defendant. ) | |

## ORDER

This matter is before the Court on Defendant David Suriel's Unopposed Motion to Reduce Supervised Release Term Pursuant to 18 U.S.C. § 3573(e)(1).[1] Section 3573(e)(1) permits a district court to terminate a Defendant's term of supervised release (1) where the Defendant serves at least one year of his supervised release term and (2) where termination of the Defendant's supervised release term is warranted by the Defendant's conduct and the interests of justice. *See* 18 U.S.C. § 3573(e)(1). Both elements are met here and a hearing on Defendant's motion is unnecessary pursuant to Rule 32.1(c)(2), Fed. R. Crim. P. Therefore, Defendant's supervised release term will be terminated.

The following facts provide relevant background to Defendant's motion. On April 18, 2019, Defendant pled guilty to (1) conspiracy to distribute and possess with intent to distribute five kilograms or more of cocaine, a violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A)(ii)(II) and (2) attempted possession with intent to distribute 5 kilograms or more of cocaine, a violation of 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(ii)(II), and 18 U.S.C. § 2. On September 27, 2019, Defendant was sentenced to twelve months and one day of imprisonment, with credit for time served, and to a three-year term of supervised release. Because Defendant

---

[1] The Court has confirmed with Defendant's probation officer that neither she nor the government opposes Defendant's motion.

received credit for time served, Defendant was released from prison on or about October 14, 2019, and Defendant's three-year term of supervised release began that day.

As of the date of this Order, Defendant has served 18 months of his three-year term of supervised release. Defendant's probation officer has confirmed that Defendant has served this time without incident or violation. Defendant's probation officer has also advised the Court that Defendant is gainfully employed, that Defendant scored low on a Post-Conviction Risk Assessment test, and that Defendant has successfully completed a substance abuse treatment program. Defendant is a first-time offender and was a minor participant in the criminal conspiracy he pled guilty to on April 18, 2019. Neither the probation officer nor the government objects to Defendant's motion to reduce his supervised release term. Accordingly, Defendant's conduct and the interests of justice warrant termination of his term of supervised release.

Accordingly,

It is hereby **ORDERED** that Defendant David Suriel's Unopposed Motion to Reduce Supervised Release Term Pursuant to 18 U.S.C. § 3573(e)(1) (Dkt. 181) is **GRANTED**. Thus, Defendant's term of supervised release is **TERMINATED**.

The Clerk is directed to provide a copy of this Order to all counsel of record and to David Suriel at his address of record.

Alexandria, Virginia
May 13, 2021

/s/
T. S. Ellis, III
United States District Judge